

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      In re Artis Charles Harrell

Appellate case number:   01-20-00236-CV

Trial court case number:  2018-30865

Trial court:                    190th District Court of Harris County

It is ordered that relator's motion for rehearing is **DENIED**.

Judge's signature:     /s/ Gordon Goodman
                                   Acting for the Court

Panel consists of Chief Justice Radack and Justices Kelly and Goodman

Date:     May 5, 2020